LODGED
CLERK, U.S. DISTRICT COURT

APR 2 1 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

FILED
CLERK, U.S. DISTRICT COURT

JUN 1 0 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EMMANUEL VAUGHN, aka          ) Case No. CV 07-5200-ABC(RC)
RAYMOND DAVIS,                )
                             )
            Petitioner,       )
                             )
vs.                           ) JUDGMENT
                             )
KEN CLARK, WARDEN,            )
                             )
            Respondent.       )
_____)

     IT IS ADJUDGED that the petition for writ of habeas corpus and

the action are dismissed as untimely.

DATED:        6/10/08

                                        _____
                                        AUDREY B. COLLINS
                                        UNITED STATES DISTRICT JUDGE

R&R\07-5200.jud
4/21/08